UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LILLIAN VINSON ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:17-CV-313-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 22, 2018, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $4,777.00.

**This Judgment Filed and Entered on January 22, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)

January 22, 2018                    PETER A. MOORE, JR., CLERK
                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk